UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-33377-TJC |
| **ERNESTINE C.J. GREEN,** ) | Chapter 13 |
| ) | |
| Debtor ) | |
| ) | |

**STIPULATION FOR ENTRY OF ORDER APPROVING SETTLEMENT BETWEEN THE UNITED STATES TRUSTEE PROGRAM AND WELLS FARGO BANK, N.A.**

Judy Robbins, the United States Trustee for Region 4, the Executive Office for the United States Trustees (EOUST), the United States Trustees and Acting United States Trustees for Regions 1 through 21, and Wells Fargo Bank, N.A., by their respective counsel, respectfully request that this Court enter the Order Approving Settlement between the United States Trustee Program and Wells Fargo Bank, N.A.. A copy of the proposed Order is attached.

November 5, 2015

Respectfully submitted,

**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**FOR REGION 4**

/s/ *Catherine M. Stavlas*
Catherine M. Stavlas, Bar No. 25286
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
(301) 344-6216
Catherine.m.stavlas@usdoj.gov

**K & L GATES**

/s/ *Soyong Cho*
Soyong Cho, Bar No. 17132
Attorneys for
Wells Fargo Bank, N.A.
1601 K Street, NW
Washington DC 20006
(202) 778-9000
soyong.cho@klgates.com

**EXECUTIVE OFFICE FOR**
**UNITED STATES TRUSTEES**

/s/ *Ramona D. Elliott*
Ramona D. Elliott, Bar No. 05738
Deputy Director/General Counsel


I HEREBY CERTIFY that the terms of the copy of the consent order attached to this Stipulation and submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Catherine M. Stavlas
Catherine Stavlas

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 5th day of November, 2015, a copy of the foregoing Stipulation For Entry Of Order Approving Settlement Between The United States Trustee Program And Wells Fargo Bank, N.A. was served by ECF notification to:

Vail Kaufman, vakaufmanlaw@gmail.com, *Counsel for Debtor*
Timothy Branigan, cmecf@chapter13maryland.com, *Chapter 13 Trustee*

*/s/ Catherine M. Stavlas*
Catherine M. Stavlas