# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 11-33377-TJC |
| **ERNESTINE C.J. GREEN,** ) | Chapter 13 |
| ) | |
| Debtor ) | |
| ) | |

## STIPULATION BY DEBTOR AND THE UNITED STATES TRUSTEE PROGRAM

The Debtor, Ernestine C.J. Green ("Debtor") and Judy Robbins, the United States Trustee for Region 4 (the "UST") by their respective counsel, hereby state as follows:

The Debtor does not object to the entry of the Consent Order Between the United States Trustee Program and Wells Fargo Bank, N.A., (appearing on the docket of this bankruptcy case as Exhibit A to pleading no. 51 and awaiting Court approval)(the "Settlement Agreement") to be entered in this bankruptcy case. And further, the UST has requested and the Debtor has consented, that in order to implement and effectuate the Settlement Between the United States Trustee Program and Wells Fargo Bank, N.A., that this case remain administratively open post-discharge until the filing of the Final Report by the Independent Reviewer (paragraphs 50 and 65 of the Settlement Agreement) for the purpose of allowing the parties to the Settlement and the Independent Reviewer (as defined in the Settlement) to fulfill the terms of the Settlement Agreement and the reporting requirements thereunder.

Respectfully submitted,

November 16, 2015

**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**FOR REGION 4**

| | |
|---|---|
| */s/ Catherine M. Stavlas* | /s/ Vail Kaufman |
| Catherine M. Stavlas, Bar No. 25286 | Vail Kaufman, Bar No. 23305 |
| Assistant United States Trustee | Attorney for Debtor |
| 6305 Ivy Lane, Suite 600 | 8955-A Edmonston Rd |
| Greenbelt, MD  20770 | Greenbelt, MD 20770 |
| (301) 344-6216 | (301) 513-0500 |
| Catherine.m.stavlas@usdoj.gov | vkaufman@hotmail.com |

I HEREBY CERTIFY that the terms of the copy of the consent order attached to this Stipulation and submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Catherine M. Stavlas
Catherine Stavlas