Entered: July 19, 2018
Signed:  July 19, 2018

**SO ORDERED**



_____
**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:   11−33377 − TJC   Chapter:   13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ernestine C. J. Green
*debtor has no known aliases*
32 Joyceton Terrace
Upper Marlboro, MD 20774

Social Security No.:   xxx−xx−4373

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 11/30/11.

The estate of the above−named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Timothy P. Branigan is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 13 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *vharper*